**MIZRAHI KROUB LLP**

Jmizrahi@mizrahikroub.com
www.mizrahikroub.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/25/2022

January 24, 2022

**VIA ECF**

The Honorable Analisa Torres
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *Cruz v. eWindowCoverings LLC*; Case No. 1:21-cv-09943 (AT)

Dear Judge Torres:

We represent plaintiff Shael Cruz ("Plaintiff") in the above-referenced action and submit this letter to respectfully request an adjournment of the parties' obligation to indicate whether they are willing to consent to proceed before a Magistrate Judge and to submit a Case Management Plan and Scheduling Order. *See* Docket Nos. 6, 7. Defendant has not yet been served in this matter. Plaintiff has attempted to serve Defendant without success and has just recently obtained a new address of Defendant. We respectfully request an adjournment of 45 days to allow time for Defendant to be properly served and for Plaintiff to file an affidavit of service with the Court.

We thank the Court for its consideration of this request.

Respectfully submitted,
*/s/ Joseph H. Mizrahi*
JOSEPH H. MIZRAHI

GRANTED. By **March 10, 2022**, the parties shall submit their joint letter and proposed case management plan.

SO ORDERED.

Dated: January 25, 2022
       New York, New York

_____
ANALISA TORRES
United States District Judge