

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/14/2022

Jmizrahi@mizrahikroub.com
www.mizrahikroub.com

March 10, 2022

**VIA ECF**

The Honorable Analisa Torres
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *Cruz v. eWindowCoverings LLC*; Case No. 1:21-cv-09943 (AT)

Dear Judge Torres:

We represent plaintiff Shael Cruz ("Plaintiff") in the above-referenced action and submit this letter to respectfully request an adjournment of the parties' obligation to indicate whether they are willing to consent to proceed before a Magistrate Judge and to submit a Case Management Plan and Scheduling Order. *See* Docket Nos. 6, 7. Defendant has not yet appeared or contacted Plaintiff. Defendant's answer was due February 15, 2022. We respectfully request an adjournment of 30 days to allow time for Plaintiff to request a Certificate of Default and file an Order to Show Cause for Default Judgment in accordance with the Court's Rules. This is Plaintiff's second request for such adjournment.

We thank the Court for its consideration of this request.

Respectfully submitted,
*/s/ Joseph H. Mizrahi*
JOSEPH H. MIZRAHI

GRANTED. By **April 10, 2022**, Plaintiff shall move for default in accordance with Attachment A of the Court's Individual Practices in Civil Cases.

SO ORDERED.

Dated: March 14, 2022
New York, New York

ANALISA TORRES
United States District Judge