UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHAEL CRUZ, Individually, and On Behalf of All Others Similarly Situated,

                Plaintiff,

-against-

EWINDOWCOVERINGS LLC,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _4/25/2022___

21 Civ. 9943 (AT)

**ORDER**

ANALISA TORRES, District Judge:

On March 14, 2022, the Court ordered Plaintiff to move for default by April 10, 2022. ECF No. 12, Plaintiff has not moved for default. Accordingly, by **May 2, 2022**, Plaintiff shall move for default in accordance with Attachment A of the Court's Individual Practices in Civil Cases.

SO ORDERED.

Dated: April 25, 2022
       New York, New York

ANALISA TORRES
United States District Judge