UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHAEL CRUZ, Individually, and On Behalf of All Others Similarly Situated,

        Plaintiff,

-against-

EWINDOWCOVERINGS LLC,

        Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/13/2022

21 Civ. 9943 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    Because the certificate of default has been vacated, by **July 13, 2022**, the parties shall submit their joint letter and proposed case management plan.

    SO ORDERED.

Dated: June 13, 2022
       New York, New York

                                                                 ANALISA TORRES
                                                  United States District Judge